**FILED**

03/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0525

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## No. DA 19-0525

_____

IN THE MATTER OF

THE ESTATE OF DANIEL COOK,

      Deceased.

_____

## ORDER GRANTING EXTENSION OF TIME

_____

On motion of Appellants' counsel,

IT IS ORDERED that the Appellants are granted an extension of time until Friday, May 8, 2020, to file and serve the reply brief on appeal.

The Clerk is directed to provide copies of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 25 2020